## United States District Court
## Violation Notice

(Rev. 1-2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A-192 | 9427524 | JOHNSON | 234 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 04/20/2020  1830 | 45 CFR §365.1.462 |

Place of Offense

MADDEN CANYON

| Offense Description: Factual Basis for Charge | HAZMAT ☐ |
|---|---|
| Possession of Controlled Substance | |

### DEFENDANT INFORMATION  ▓▓▓▓▓▓▓▓

| Last Name | First Name | M.I. |
|---|---|---|
| Freddy | Nathan | |

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 9T9BMC | AZ | 05 | Suzuki | | GRN |

### APPEARANCE IS REQUIRED   APPEARANCE IS OPTIONAL

A ☐  If Box A is checked, you must appear in court. See instructions.

B ☑  If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 500   Forfeiture Amount
+ $30   Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov   $ 530   Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9427524*

CVB SCAN 05/05/2020 14:3

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 26, 2020 while exercising my duties as a law enforcement officer in the Southern District of AZ

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/26/2020   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/05/2020 14:3

20-03003MJ-(LAB)

BY _____
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
_____ DEPUTY

FILED
RECEIVED
LODGED
COPY

SEP 15 2020

CVB SCAN 05/05/2020 14:3

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 26th, 2020 while exercising my duties as a Law Enforcement Officer in the Southern District of Arizona:

On April 26th, 2020 at approximately 1030 hours, I BLM Ranger Johnson was patrolling within the Turkey Creek area at the Aravaipa Wilderness trail head, lands administered by the BLM. As I was checking parking permits on the vehicles, I observed a green ATV with an expired registration and no OHV decal. The AZ license plate was ████████ and returned to a Nathan Freddy. There was no permit displayed on this vehicle.

At approximately 1330 hours, I started hiking into the wilderness to attempt to locate wilderness users when I observed a male and female walking towards the parking lot at a fast pace. I returned and saw the two subjects standing next to the ATV. I contacted the male and asked if the ATV was his and he said it was. I informed him his registration was expired and there was no OHV tag on his vehicle. He said he had the registration renewed online and had proof on his phone. I asked him if he had a permit to be inside the wilderness. He then looked up at the neighboring vehicle which had one displayed and said "were with him." I asked him if they were coming out so I could confirm this and he said they wouldn't be coming out for hours. I asked the male for his ID which he did not have. The male reached inside his backpack to retrieve an item at which point I smelt the odor of marijuana. I asked them if someone had marijuana on them as I could smell it. The male said he had a pipe in his pocket and then removed it. In the pipe I could see a small usable amount inside of it. I retrieved it and placed it on the ATV and asked him if he had any more and he said no. The male was then verbally identified as Nathan Freddy. Freddy said he had a medical marijuana card and was expecting his marijuana pipe back. I asked if he had anything in his backpack and he said no and gave me verbal consent to search it.

A search of the backpack revealed an orange container that had a glass jar of marijuana and a marijuana grinder. Also located in the backpack was a vape pen which Freddy advised contacted THC in the vials.

Freddy was then issued a citation for failure to obtain or provide proof of permit and for possession of marijuana.

The foregoing statement is based upon:

☒ My personal observation   ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of this violation notice, is true and correct the best of my knowledge.

Executed on:   __04/26/2020__     _____
           Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:   _____
           Date (mm/dd/yyyy)      U. S. Magistrate Judge

Violation# 9427524             CVB (A-192)

# United States District Court
## Violation Notice

(Rev. 12018)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A-192 | 9427525 | Johnson | 234 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 04-24-2020  1320 | 43 CFR 2933.33.24 |

Place of Offense
Aravaipa Canyon

| Offense Description: Factual Basis for Charge | HAZMAT ☐ |
|---|---|
| Fail to obtain/provide Proof of permit | |

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Freddy | Nathan | M. |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 999BMC | AZ | 05 | Suzuki | | GRA |

### APPEARANCE IS REQUIRED

A. ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B. ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →  $ 130 Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

CVB SCAN 05/05/2020 14:3

*9427525*

---

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on **April 24**, 20 **24** while exercising my duties as a law enforcement officer in the **Southern** District of **AZ**.

_(handwritten statement, illegible/redacted)_

The foregoing statement is based upon:

☑ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on **04/24/2020**   Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/05/2020 14:3

CVB SCAN 05/05/2020 14:3

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 26th, 2020 while exercising my duties as a Law Enforcement Officer in the Southern District of Arizona:

On April 26th, 2020 at approximately 1030 hours, I BLM Ranger Johnson was patrolling within the Turkey Creek area at the Aravaipa Wilderness trail head, lands administered by the BLM. As I was checking parking permits on the vehicles, I observed a green ATV with an expired registration and no OHV decal. The AZ license plate was ▇▇▇▇▇ and returned to a Nathan Freddy. There was no permit displayed on this vehicle.

At approximately 1330 hours, I started hiking into the wilderness to attempt to locate wilderness users when I observed a male and female walking towards the parking lot at a fast pace. I returned and saw the two subjects standing next to the ATV. I contacted the male and asked if the ATV was his and he said it was. I informed him his registration was expired and there was no OHV tag on his vehicle. He said he had the registration renewed online and had proof on his phone. I asked him if he had a permit to be inside the wilderness. He then looked up at the neighboring vehicle which had one displayed and said "were with him." I asked him if they were coming out so I could confirm this and he said they wouldn't be coming out for hours. I asked the male for his ID which he did not have. The male reached inside his backpack to retrieve an item at which point I smelt the odor of marijuana. I asked them if someone had marijuana on them as I could smell it. The male said he had a pipe in his pocket and then removed it. In the pipe I could see a small usable amount inside of it. I retrieved it and placed it on the ATV and asked him if he had any more and he said no. The male was then verbally identified as Nathan Freddy. Freddy said he had a medical marijuana card and was expecting his marijuana pipe back. I asked if he had anything in his backpack and he said no and gave me verbal consent to search it.

A search of the backpack revealed an orange container that had a glass jar of marijuana and a marijuana grinder. Also located in the backpack was a vape pen which Freddy advised contacted THC in the vials.

Freddy was then issued a citation for failure to obtain or provide proof of permit and for possession of marijuana.

The foregoing statement is based upon:

☒ My personal observation     ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of this violation notice, is true and correct the best of my knowledge.

Executed on:   04/26/2020
               Date (mm/dd/yyyy)              Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
               Date (mm/dd/yyyy)              U. S. Magistrate Judge

Violation# 9427525                                CVB (A-192)